ALBERT HICKMAN v. GEORGE LEARY.— Motion to dismiss appeal denied, with leave to renew if appellant do not proceed with diligence to perfect said appeal. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

JOHN CAPELLO v. CAMILLE MONSANTO and Another.— Motion to dismiss appeal denied, with leave to renew if appellant do not proceed with diligence to perfect said appeal. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

JENNIE F. BELARDI and Another v. AMEDEO NEGRO.— Motion to dismiss appeal denied, with leave to renew if appellant do not proceed with diligence to prosecute said appeal. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

STEPHEN W. FULLERTON v. MARIO C. CORSO.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

MERCHANTS MUTUAL AUTOMOBILE LIABILITY INSURANCE COMPANY v. AUTOMOBILE INSURANCE GENERAL AGENCY, INC., and Others, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal and appellant's points to be filed so appeal can be argued on or before November 19, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

BRESCIA CONSTRUCTION COMPANY v. LORENZO ABBRUZZESE and Others.— Motion to dismiss appeal denied. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of Proceedings Supplementary to Execution: CHARLES FORSTER and Another v. ARTHUR CUTLER.— Motion to dismiss appeal denied. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

MINNIE FOX v. JACOB J. HOROWITZ and Others, Impleaded with MORRIS E. GOSSETT and Another, and CYRIL F. DosPASSOS, Receiver.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

ANNA TATARINCHIK v. EUGENE LEBWOHL.— Motion to dismiss appeal denied, with leave to renew if appellant do not proceed with diligence to prosecute said appeal. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

ANNA TATARINCHIK v. EUGENE LEBWOHL.— Motion to dismiss appeal denied, with leave to renew if appellant do not proceed with diligence to prosecute said appeal. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

WILLIAMS STEAMSHIP COMPANY, INC., v. NEW AMSTERDAM CASUALTY COMPANY.— Motion to dismiss appeal denied, with leave to renew if the appeal be not promptly proceeded with. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

S. GALEWSKI & Co., INC., v. LOUIS FLANEL, Doing Business, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

HENRIETTA C. CLARE v. JOHN E. J. CLARE.— Motion to dismiss appeal denied, and appellant's cross-motion granted as stated in order. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

ALEX C. XYNOS and Others v. JOHN LIMPERT and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure record on appeal to be filed within sixty days from date of service of orders. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.